# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D2024-1834
5D2024-1836
LT Case Nos. 2023-CF-000444-A
2023-CF-001192-A

_____

KEVIN DURANDT BENJAMIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
William Scott Orth, Judge.

Matthew J. Metz, Public Defender, and Robert J. Pearce, III,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

January 8, 2026

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____